

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL OVERTON, and<br>CHRISTINE SCHULTZ,<br><br>    Defendants. | Magistrate No. 2:22-mj-302-VCF<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |

CERTIFICATION:  This Motion is timely filed.

   COMES NOW the United States of America, by and through its attorneys, JASON M. FRIERSON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and respectfully moves this Court to UNSEAL the instant case.

**DATED** this 12th day of May, 2022.

         Respectfully,

         JASON M. FRIERSON
         United States Attorney

          */ s / Christopher Burton*
         _____
         CHRISTOPHER BURTON
         Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

MICHAEL OVERTON, and
CHRISTINE SCHULTZ,

      Defendants.

Magistrate No. 2:22-mj-302-VCF

**Order Unsealing Case**

      Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

      **DATED** this ___ day of May, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2