

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7

8              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,          | Magistrate No. 2:22-mj-302-VCF

10             Plaintiff,             | **Government's Motion to Unseal
                                      | Case**
11                v.
                                      | **(Under Seal)**
12 MICHAEL OVERTON, and
   CHRISTINE SCHULTZ,

13             Defendants.

14

15 CERTIFICATION:  This Motion is timely filed.

16        COMES NOW the United States of America, by and through its attorneys, JASON

17 M. FRIERSON, United States Attorney, and CHRISTOPHER BURTON, Assistant

18 United States Attorney, and respectfully moves this Court to UNSEAL the instant case.

19 **DATED** this 12th day of May, 2022.

                                    Respectfully,
20
                                    JASON M. FRIERSON
21                                  United States Attorney

22                                   */ s / Christopher Burton*

23                                  _____
                                    CHRISTOPHER BURTON
                                    Assistant United States Attorney
24

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL OVERTON, and
CHRISTINE SCHULTZ,

Defendants.

Magistrate No. 2:22-mj-302-VCF

**Order Unsealing Case**

4

5

6

7

8

9        Based on the Motion of the Government, and good cause appearing therefore,

10    IT IS HEREBY ORDERED that the instant case shall be unsealed.

11        **DATED** this 13th day of May, 2022.

12

13        _____
          HONORABLE CAM FERENBACH
          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

2