1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7

                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,

10            Plaintiff,                    Magistrate No. 2:22-mj-302-VCF

11        v.                                **GOVERNMENT'S MOTION TO
                                            DISMISS THE CASE**
12  MICHAEL OVERTON, and
   CHRISTINE SCHULTZ,
13
              Defendants.
14

15

16        The government moves for leave of Court to dismiss the Complaint against Michael

17  Overton and Christine Shultz, charging both defendants with one count of Unlawful Flight

18  to Avoid Prosecution, in violation of 18 U.S.C. § 1073(1). The government believes that in

19  the interest of justice the complaint should be dismissed.

20  ///

21  ///

22  ///

23  ///

24  ///

Accordingly, pursuant to the Federal Rule of Criminal Procedure 48(a), the government moves to dismiss without prejudice.

**DATED** this 6th day of June, 2022.

Respectfully,

JASON M. FRIERSON
United States Attorney

/ s /

_____
CHRISTOPHER BURTON
Assistant United States Attorney

1   JASON M. FRIERSON
    United States Attorney
2   Nevada Bar No. 7709
    CHRISTOPHER BURTON
3   Assistant United States Attorney
    Nevada Bar No. 12940
4   District of Nevada
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    (702) 388-6336
6   Christopher.Burton4@usdoj.gov
    *Representing the United States of America*

7

                    **UNITED STATES DISTRICT COURT**
8                      **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,

10                  Plaintiff,                    Magistrate No. 2:22-mj-302-VCF

11                  v.                            **ORDER TO DISMISS CASE**

12  MICHAEL OVERTON, and
    CHRISTINE SCHULTZ
13
                    Defendants.
14

15

16          Based on the Motion of the Government, and good cause appearing therefore,

17  IT IS HEREBY ORDERED that the instant case shall be dismissed.

18          **DATED** this 6th day of June, 2022.

19

20

21  _____
    HON. CAM FERENBACH
22  UNITED STATES MAGISTRATE JUDGE

23

24

                              3